# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COACH, INC., and<br>COACH SERVICES, INC.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>JAMES R. OVERTON, III, d/b/a<br>LANTEX LLC a/k/a FRESH WEAR,<br><br>　　　　Defendant. | 8:16CV339<br><br>ORDER |

　　　This matter comes before the court on Plaintiffs' Response (Filing No. 22) to the Court's January 11, 2017, Order (Filing No. 20) timely filed in response to the Court's order directing the Plaintiffs to file evidence of valid service for Defendant, James R. Overton. On February 10, 2017, Mr. Overton filed an "Entry of Appearance," wherein he "confirms that he has received a copy of the Complaint in the above captioned case and enters his appearance personally." (Filing No. 21). Pursuant to Mr. Overton's admission, the Court deems that he has received notice of the above-captioned action.

　　　Mr. Overton requests an additional 45-days to respond to the Complaint. (Filing No. 21). Plaintiffs' counsel provided notice to the Court via e-mail that they do not object to Mr. Overton's requested extension. Accordingly,

　　**IT IS ORDERED:**

　　1. Mr. Overton has properly received notice of the above-captioned case;

　　2. On or before **March 27, 2017**, Mr. Overton shall file an Answer or other responsive pleading to the Complaint;

　　3. On or before **March 27, 2017**, Mr. Overton shall provide the Clerk of Court with his current contact information, including his current physical address, telephone number, and e-mail address (if available);

4.  The Clerk of Court shall mail a copy of this Order to Mr. Overton at the following addresses:

> James R. Overton III
> 3217 Ohio Street
> Omaha, NE 68111
>
> James R. Overton III
> 3929 Ames Avenue
> Omaha, NE 68111
>
> James R. Overton III
> 1436 North 20th Street
> Omaha, NE 68102

**DATED: February 13, 2017.**

                              **BY THE COURT:**

                              s/ F.A. Gossett
                              **United States Magistrate Judge**