# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COACH, INC., and COACH SERVICES, INC.,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAMES R. OVERTONIII,<br><br>    Defendant. | 8:16CV339<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Voluntary Dismissal with Prejudice, ECF No. 65, filed by the Plaintiffs Coach, Inc., and Coach Services, Inc. Because an answer was filed on May 8, 2017, the Court will dismiss this action, with prejudice, under Federal Rule of Civil Procedure 41(a)(2). Accordingly,

IT IS ORDERED:

1. This action is dismissed, with prejudice; and
2. A separate judgment will be entered.

Dated this 15th day of March 2019.

                                                    BY THE COURT:

                                                    s/Laurie Smith Camp<br>
                                                    Senior United States District Judge